**THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:13-cv-00111-MR**

| | |
|---|---|
| **BROADCAST MUSIC, INC., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **O R D E R** |
| ) | |
| **GARY VANCE BRILL, individually** ) | |
| **and d/b/a TALLGARY'S CANTINA,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Report of Plaintiffs' Attempts at Designation of Mediator [Doc. 35].

The Pretrial Order/Case Management Plan entered in this matter requires the parties to designate a mediator within 21 days. [Doc. 34 at 10]. The Plaintiffs have proposed designating attorney David M. Carter as a mediator in this action but has received no response from the Defendant on the matter. Upon consideration of the Plaintiffs' report, the Court agrees that David Carter is a suitable mediator in this case.

Accordingly, **IT IS, THEREFORE, ORDERED** that attorney David M. Carter is hereby designated as the mediator in this action.

**IT IS SO ORDERED.**

Signed: October 1, 2013

Martin Reidinger
United States District Judge